| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>McKeague, David W. | 2. Court or Organization<br><br>U.S. Court of Appeals - Sixth | 3. Date of Report<br><br>06/12/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals<br>315 W. Allegan Street<br>Lansing, MI 48933 | | |
| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* | | |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Adjunct Professor | University of Michigan Law School |
| 2. | Adjunct Professor | Michigan State University College of Law |
| 3. | Board Member | Michigan State University College of Law |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 06/12/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | University of Michigan Law School (approved teaching) | $25,883.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Michigan Health & Hospital Association - wages |
| 2. 2016 | Accident Fund Insurance Company - director's |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Notre Dame Law | 11/11/16 - 11/13/16 | Notre Dame, Indiana | Symposium Speaker | Honorarium, Lodging, Meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sallie Mae Servicing Corporation | Student Loans | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Stonehedge LP | B | Dividend | K | W | | | | | |
| 2. PNC | A | Interest | J | T | | | | | |
| 3. Ohio National Univ. Life | | None | K | T | | | | | |
| 4. IRA 1 | | | | | | | | | |
| 5. -Schwab US Treasury Money Fund | A | Dividend | K | T | | | | | |
| 6. -T Rowe Price Mid Cap | B | Dividend | K | T | Buy (add'l) | 05/03/16 | J | | |
| 7. -Vanguard Index 500 Signal Shares | C | Dividend | N | T | Buy (add'l) | 05/03/16 | J | | |
| 8. | | | | | Buy (add'l) | 12/07/16 | L | | |
| 9. -Touchstone Sands Capital Inst. Growth | B | Dividend | K | T | Sold (part) | 12/07/16 | J | A | |
| 10. -Stratton Small Cap Value | B | Dividend | K | T | Buy (add'l) | 03/18/16 | J | | |
| 11. -Harbor International Instl | B | Dividend | L | T | Buy (add'l) | 05/03/16 | J | | |
| 12. -JP Morgan Strategic Income Opps Sel | A | Dividend | | | Sold | 03/18/16 | K | A | |
| 13. -Harding Loevner Emerging Markets | A | Dividend | K | T | Sold (part) | 12/07/16 | J | A | |
| 14. -PIMCO Income Inst'l | B | Dividend | K | T | | | | | |
| 15. -MFS International Value I | B | Dividend | L | T | | | | | |
| 16. -Sterling Capital Equity Income Instl | B | Dividend | K | T | Sold (part) | 12/07/16 | L | A | |
| 17. -Robeco Boston Partners Long/Short Rsrch Instl | A | Dividend | | | Sold | 05/03/16 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 06/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Federated Total Return Bond Instl | C | Dividend | M | T | Buy (add'l) | 01/07/16 | J | | |
| 19. | | | | | Buy (add'l) | 03/18/16 | K | | |
| 20. | | | | | Buy (add'l) | 05/03/16 | K | | |
| 21. -Metropolitan West Total Return Bond I | C | Dividend | M | T | Buy (add'l) | 01/07/16 | J | | |
| 22. | | | | | Buy (add'l) | 03/18/16 | K | | |
| 23. | | | | | Buy (add'l) | 05/03/16 | K | | |
| 24. -Vanguard Developed Markets Index Admiral | B | Dividend | L | T | Buy (add'l) | 05/03/16 | J | | |
| 25. | | | | | Sold (part) | 12/07/16 | J | A | |
| 26. -Vanguard Extended Markets Index Admiral | A | Dividend | L | T | | | | | |
| 27. -American Beacon Small Cp Val Inst | A | Dividend | K | T | Buy | 12/07/16 | K | | |
| 28. MI Health & Hospital Association - (401K) | A | Dividend | N | T | | | | | |
| 29. Ohio National Univ. Life Policy | | None | K | T | | | | | |
| 30. IRA 2 | | | | | | | | | |
| 31. -Schwab US Treasury Money Fund | A | Dividend | J | T | | | | | |
| 32. -Vanguard Index 500 Signal Shares | B | Dividend | L | T | Buy (add'l) | 12/07/16 | K | | |
| 33. -Touchstone Sands Capital Inst. Growth | A | Dividend | J | T | Buy (add'l) | 05/03/16 | J | | |
| 34. | | | | | Sold (part) | 12/07/16 | K | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 06/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -T. Rowe Price Mid-Cap Growth | A | Dividend | J | T | | | | | |
| 36. -JP Morgan Strategic Inc Opps Sel | A | Dividend | | | Sold | 03/18/16 | K | A | |
| 37. -Harding Loevner Emerging Markets | A | Dividend | J | T | Sold (part) | 12/07/16 | J | A | |
| 38. -Harbor Int'l Instl | A | Dividend | K | T | | | | | |
| 39. -PIMCO Income Inst'l | A | Dividend | J | T | | | | | |
| 40. -MFS International Value I | A | Dividend | J | T | Buy (add'l) | 05/03/16 | J | | |
| 41. -Sterling Capital Equity Income Instl | A | Dividend | J | T | Sold (part) | 12/07/16 | K | A | |
| 42. -Boston Partners Long/Short Rsrch Instl | A | Dividend | | | Sold | 05/03/16 | K | A | |
| 43. -Federated Total Return Bond Instl | B | Dividend | L | T | Buy (add'l) | 03/18/16 | K | | |
| 44. | | | | | Buy (add'l) | 05/03/16 | J | | |
| 45. -Metropolitan West Total Return Bond I | B | Dividend | L | T | Buy (add'l) | 01/07/16 | J | | |
| 46. | | | | | Buy (add'l) | 03/18/16 | J | | |
| 47. | | | | | Buy (add'l) | 05/03/16 | J | | |
| 48. -Vanguard Developed Markets Idx Admiral | A | Dividend | J | T | | | | | |
| 49. -Vanguard Extended Market Idx Adm | A | Dividend | K | T | | | | | |
| 50. -American Beacon Small Cp Val Inst | A | Dividend | K | T | Buy | 12/07/16 | K | | |
| 51. MI Health & Hosp. Assoc. deferred comp plan | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 06/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  IRA 4 | | | | | | | | | |
| 53.  -Schwab US Treasury Money Fund | A | Dividend | J | T | | | | | |
| 54.  -Vanguard Index 500 Signal | A | Dividend | K | T | | | | | |
| 55.  -Stratton Small Cap Value | A | Dividend | J | T | | | | | |
| 56.  -JP Morgan Strategic Inc Opps Sel | A | Dividend | J | T | Sold (part) | 03/18/16 | J | A | |
| 57.  -PIMCO Income Inst'l | A | Dividend | J | T | | | | | |
| 58.  -MFS International Value I | A | Dividend | | | Sold | 12/07/16 | J | B | |
| 59.  -Federated Total Return Bond Instl | A | Dividend | K | T | Buy (add'l) | 12/07/16 | J | | |
| 60.  -Metropolitan West Total Return Bond I | A | Dividend | K | T | Buy (add'l) | 03/18/16 | J | | |
| 61.  Schwab Individual Account | | | | | | | | | |
| 62.  -Schwab US Treasury Money Fund | | None | J | T | | | | | |
| 63.  -Harding Loevner Emerging Markets | A | Dividend | J | T | | | | | |
| 64.  -Harbor International Instl | A | Dividend | J | T | | | | | |
| 65.  -MFS International Value I | A | Dividend | J | T | | | | | |
| 66.  -Vanguard 500 Index Signal | A | Dividend | J | T | | | | | |
| 67.  -Vanguard Developed Market Idx Admiral | A | Dividend | K | T | | | | | |
| 68.  MSU Federal Credit Union | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeague, David W. | 06/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

There were share class conversions for the following funds in the corresponding accounts on 1/21/2016:

IRA 1 :

T. Rowe Price Mid-Cap Growth, RPGMX, 01.21.2016, Conversion Amount: $28,389, Converted to: T. Rowe Price Mid-Cap Growth I, RPTIX

IRA 2 :

T. Rowe Price Mid-Cap Growth, RPGMX, 01.21.2016, Conversion Amount: $12,280, Converted to: T. Rowe Price Mid-Cap Growth I, RPTIX

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David W. McKeague**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544